# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JOY RIEDE, et al., <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　Defendant. | Case No. 15-cv-04070-PJH <br><br>**ORDER REGARDING AGREEMENT OF COMPROMISE AND SETTLEMENT** <br><br>Re: Dkt. No. 29 |

The court has received the parties Stipulation and Agreement of Compromise and Settlement filed on June 21, 2016.  Dkt. 29. The document indicates that the parties have agreed to settle this case and that payment of the Settlement Amount to the plaintiffs will be made once the court "so orders" the agreement to process.  Id. at ¶ 11.  After the settlement amount is paid, the parties are to file a stipulation of dismissal. Id. at ¶ 5.

Having reviewed the agreement, the court hereby ORDERS the settlement agreement to proceed.  The parties shall have 60 days from the date that this order is entered to file with the court a stipulation of dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge